IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CATHERINE CONRAD and
RODNEY RIGSBY,

       Plaintiffs,

v.

JAMES BENDEWALD, MARIA VEDRAL and
SILVER EDGE SYTEMS SOFTWARE, INC.,

       Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-305-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants James Bendewald, Maria Vedral and Silver Edge Software Systems, Inc. granting their motions for summary judgment and dismissing this case.

_Peter Oppeneer_     7/18/12

Peter Oppeneer, Clerk of Court     Date