IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CATHERINE CONRAD and
RODNEY RIGSBY,

               JUDGMENT IN A CIVIL CASE
    Plaintiffs,

               11-cv-305-bbc

  v.

JAMES BENDEWALD, MARIA VEDRAL and
SILVER EDGE SYSTEMS SOFTWARE, INC.,

    Defendants.

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered favor of defendants Maria Vedral and Silver Edge Systems Software, Inc. against plaintiffs Catherine Conrad and Rodney Rigsby in the amount of $50,000 as attorney fees under 17 U.S.C. § 505.

By: _/s/_ Deputy Clerk          1-7-2013
  Peter Oppeneer, Clerk of Court        Date